UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                         CRIMINAL ACTION NO. 3:18CR-46-CHB

JAVIER H. RODIGUEZ, ET AL.                                    DEFENDANTS

**UNITED STATES OF AMERICA'S
NOTICE OF CAPITAL CRIMES REVIEW STATUS
AND DIRECTIVE NOT TO SEEK THE DEATH PENALTY**
*(Filed Electronically)*

COMES NOW the United States of America, by counsel, and respectfully informs this Court that, on or about May 7, 2019, the Attorney General, William P. Barr, has authorized and directed that the death penalty not be sought against Javier H. Rodriguez, Dwayne C. Castle, and Charles O. Cater.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

s/ Mac Shannon
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-6294
Fax: (502) 582-5067

**CERTIFICATE OF SERVICE**

I certify that on May 13, 2019, the foregoing Notice was filed electronically with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/ Mac Shannon
Assistant United States Attorney
Western District of Kentucky